IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| PHILLIP MEYERS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Civil No. **07-651-JPG** |
| BOSTON SCIENTIFIC CORPORATION, | ) | |
| Defendant. | ) | |

**ORDER**

**PROUD, Magistrate Judge:**

Before the Court is the Motion of Mallon Law Firm, LTD., for Leave to Withdraw as Counsel for Plaintiff. **(Doc. 7)**.

Plaintiff's counsel represents differences have arisen between counsel and client such that counsel can no longer effectively represent Mr. Meyers.

The court finds that counsel has complied with the requirements of Local Rule 83.1

Upon consideration and for good cause shown, the Motion for Leave to Withdraw **(Doc. 7)** is **GRANTED.**

Lance R. Mallon and the Mallon Law Firm, Ltd., are granted leave to withdraw as attorneys of record for plaintiff Phillip Meyers.

**Plaintiff Phillip Meyers is ordered to file a supplemental appearance with this court within twenty-one days of this Order. Such supplemental appearance shall identify plaintiff's new counsel, or, if plaintiff has not retained new counsel, shall state plaintiff's current address and telephone number**.

The court directs Lance R. Mallon to serve a copy of this Order on plaintiff at his last known address within five days of receipt of this Order, and to file a certification with this Court showing proof of service.

**<u>Plaintiff is cautioned that failure to file the supplemental appearance as directed above will result in sanctions, which may include dismissal of this case.</u>**

**IT IS SO ORDERED.**

**DATED: January 15, 2008.**

    **s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**