IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **PHILLIP MEYERS**, | ) | |
| Plaintiff, | ) ) ) | |
| V. | ) ) | Civil No. **07-651-JPG** |
| **BOSTON SCIENTIFIC CORP.**, | ) ) ) | |
| Defendant. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

The above-captioned case is before the Court for purposes of docket control.

A review of the record reveals that Gateway Regional Medical Center and Raqif Ramadon, M.D., are listed in the caption of the case as "respondents in discovery," as is appropriate in a state court proceeding. **(Doc. 2-2;** *see also* **735 ILCS 5/2-402).** When this case was removed from state court to federal court, the Clerk of Court entered the case caption as it appeared on the complaint, including listing the "respondents in discovery." Gateway Regional Medical Center and Raqif Ramadon, M.D., are clearly not defendants and their continued inclusion in the caption of the case is misleading, distracting and not in accordance with the Federal Rules of Civil Procedure. *See generally* **Fed.R.Civ.P. 10(a).** Therefore, in an effort to limit further confusion, the docket shall reflect that "respondents in discovery"Gateway Regional Medical Center and Raqif Ramadon, M.D., are <u>not</u> parties to this action in any sense. If in the future plaintiff wants to assert claims against Gateway Regional Medical Center and Raqif Ramadon, M.D., he must file an amended complaint. Similarly, if defendant Boston Scientific Corporation wants to file any sort of claim or to otherwise join Gateway Regional Medical

1

Center and Raqif Ramadon, M.D., the appropriate pleading must be filed.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall have the docket reflect that "respondents in discovery"Gateway Regional Medical Center and Raqif Ramadon, M.D., are not parties to this action and are terminated in all respects.

**IT IS SO ORDERED.**

**DATED: March 21, 2008**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**
