UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PHILLIP MEYERS,

    Plaintiff,

v.

BOSTON SCIENTIFIC CORPORATION,

    Defendant.

Case No. 07-cv-651-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the Stipulation of Dismissal (Doc. 18) filed by Plaintiff Phillip Meyers. Because the Stipulation was not signed by all parties who have appeared in the action, as required by Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), the Court construes it as a Motion to Dismiss under Rule 41(a)(2). The Court **GRANTS** the Motion and **DISMISSES** the case with prejudice and without costs. The Court **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: May 7, 2008**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**