UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PHILLIP MEYERS,

    Plaintiff,

v.

BOSTON SCIENTIFIC CORPORATION,

    Defendant.

Case No. 07-cv-651-JPG

## JUDGMENT

This matter having come before the Court, and the Court having granted Plaintiff's motion for voluntary dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**NORBERT JAWORSKI**

Dated: May 7, 2008        By:s/Deborah Agans, Deputy Clerk

Approved:   s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**